# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO WHITE, | CV F 05 1323 AWI LJO P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| KING, et. al., | |
| Defendants. | |

    Ricardo White ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    This action was filed on October 20, 2005. The Court granted Plaintiff's Motion to Proceed In Forma Pauperis and served the Order along with the First Informational Order on Plaintiff. However, the pleadings were returned to the Court by the U.S. Postal Service on December 28, 2005, marked "Undeliverable - Attempted, Not Known."

    Pursuant to Local Rule 83-183(b), a party appearing in propria persona is required to keep

1

the court apprised of his or her current address at all times.  Local Rule 83-183(b) provides, in pertinent part:

> If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty (60) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.

In the instant case, several months have passed since Plaintiff's mail was returned and he has still not notified the court of a current address.  Accordingly, the Court HEREBY ORDERS:

1. Plaintiff to SHOW CAUSE within TWENTY (20) days of the date of service of this Order, why the action should not be dismissed for failing to prosecute by keeping the Court apprised of his current address.

Petitioner is forewarned that his failure to comply with this order will result in a Recommendation that the action be dismissed.

IT IS SO ORDERED.

Dated:     **January 11, 2006**                   /s/ Lawrence J. O'Neill
b9ed48                                             UNITED STATES MAGISTRATE JUDGE