# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO WHITE, | CV F 05 1323 AWI LJO P |
| Plaintiff, | |
| v. | ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED JANUARY 12, 2006 (Doc. 9.) |
| KING, et. al., | |
| Defendants. | |

Ricardo White ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil action. Plaintiff seeks relief pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors.

This action was filed on October 20, 2005. The Court granted Plaintiff's Motion to Proceed In Forma Pauperis and served the Order along with the First Informational Order on Plaintiff. However, the pleadings were returned to the Court by the U.S. Postal Service on

1

December 28, 2005, marked "Undeliverable - Attempted, Not Known." Thus, on January 12, 2006, the Court issued an Order to Show Cause why the action should not be dismissed for failing to prosecute. Plaintiff filed a Return to the Order on February 2, 2006, explaining his transfer between institutions and the failure to forward his mail to him. Accordingly, good cause having been shown, the Court HEREBY DISCHARGES the Order to Show Cause issued on January 12, 2006. The Court will screen Plaintiff's Complaint and proceed with the case in due course.

IT IS SO ORDERED.

**Dated:   February 7, 2006**            /s/ Lawrence J. O'Neill
b9ed48                              UNITED STATES MAGISTRATE JUDGE