UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO A. WHITE, SR., | 1:05-cv-01323-AWI-NEW-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 16) |
| vs. | |
| KING, et al., | **ORDER DISMISSING COMPLAINT/ ACTION** |
| Defendants. / | |

Ricardo A. White, Sr. ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 4, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, Plaintiff has not filed objections thereto.

//

1

1   In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6      Accordingly, IT IS HEREBY ORDERED that:
7      1.  The Findings and Recommendations, filed January 4,
8  2007, are ADOPTED in full; and,
9      2.  The Complaint, and therefore this action, is DISMISSED
10 based on Plaintiff's failure to obey the Court's order of
11 November 9, 2006.
12 IT IS SO ORDERED.
13 **Dated:   April 27, 2007**            /s/ Anthony W. Ishii
                                       UNITED STATES DISTRICT JUDGE